UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: Bruce H. Maynard and Karen Sue Maynard

Debtors,

Case No. 15-54559-tjt
Chapter 13
Hon. Thomas J. Tucker

_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MOTION FOR RELIEF FROM THE CO-DEBTOR STAY AND WAIVING THE FOURTEEN-DAY STAY PURSUANT TO RULE 4001(a)(3)

The Court finding that a Motion for Relief from the Automatic Stay and Motion for Relief from the Co-Debtor Stay ("Motion") has been filed by Creditor, Mortgage Center, LLC, in the above entitled matter; and the Court finding that L.B.R. 9014-1(B)(2) provides for entry of an Order if a response has not been filed within 14 days after service of the Motion on the parties; and

the Court finding that a response had been filed to the Motion by the Debtors within 14 days, and the Court having noted that Creditor Mortgage Center, LLC has complied with applicable provisions of L.B.R. L.B.R. 9014-1 and L.B.R. 4001.1, but that the response was withdrawn by the Debtors on October 9, 2018; and

the Court having determined that continuation of the automatic stay against Creditor Mortgage Center, LLC would deny it the adequate protection afforded to it on its security interest pursuant to 11 U.S.C. § 361(3);

**IT IS ORDERED** that the Motion for Relief from the Automatic Stay and Motion for Relief from the Co-Debtor as to Mortgage Center, LLC is granted.

**IT IS FURTHER ORDERED** that the Automatic Stay as to Mortgage Center, LLC's lien interest in property located at 3835 Coleport, Orion Township, MI 48359 is lifted and Mortgage Center, LLC (21207992) is permitted to pursue its state law remedies with respect to the property. Any surplus remaining after sale of the property shall be turned over to the Trustee

**IT IS FURTHER ORDERED** that the fourteen-day stay imposed by Rule 4001(a)(3) is hereby waived.

**IT IS FURTHER ORDERED** that the Co-Debtor stay is lifted as to Louis I. Blair.

**IT IS FURTHER ORDERED** that this Order shall remain valid notwithstanding conversion of this case to any other chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over all matters relating to enforcement of this order.

**Signed on October 17, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge